## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BRIAN JENKINS

v.

CITY OF PHILADELPHIA

PETITION OF: GREENWAY PLAZA, LLC

:   No. 519 EAL 2015
:
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.